**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raphael MENDEZ, Defendant–**
**Appellant.**

No. 02–7864.

United States Court of Appeals,
Fourth Circuit.

Submitted June 25, 2003.

Decided July 14, 2003.

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Jane E. Pearce, Research and Writing Attorney, Raleigh, North Carolina, for Appellant. Frank D. Whitney, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Michelle T. Fuseyamore, Special Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Raphael Mendez appeals the district court order denying his motion to dismiss for lack of jurisdiction and revoking his conditional release and remanding him to the custody of the Attorney General. We have reviewed the record and find no error. Accordingly, we affirm. We also

deny the motion for an appeal bond and a change of venue. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*